expect not only that the government would challenge the Kaurs' credibility, but that the resource materials would be used by the government in its effort to impeach their testimony.

With the foregoing amendment, the Respondent INS's petition for panel rehearing is denied.

**ORDER**

Government's motion to reconsider the Ocyober 31, 2000 Order Directing the District Court to Withdraw its Opinion and Order for Extradition is hereby denied.

The mandate shall issue forthwith.

IT IS SO ORDERED.

In the Matter of the Requested
Extradition of Kevin John
ARTT

United States of America, Appellee,

v.

Kevin John Artt, Appellant.

In the Matter of the Requested
Extradition of Pol
Brennan

United States of America, Appellee,

v.

Pol Brennan, Appellant.

In the Matter of the Requested
Extradition of Terence
Damien Kirby

United States of America, Appellee,

v.

Terence Damien Kirby, Appellant.

Nos. 97–10386, 97–10387 and 97–10390.

United States Court of Appeals,
Ninth Circuit.

Filed Nov. 17, 2000

Before: GOODWIN, B. FLETCHER,
and D.W. NELSON, Circuit Judges.

In the Matter of the Requested
Extradition of Kevin John
ARTT

United States of America, Appellee,

v.

Kevin John Artt, Appellant.

In the Matter of the Requested
Extradition of Pol
Brennan

United States of America, Appellee,

v.

Pol Brennan, Appellant.

In the Matter of the Requested
Extradition of Terence
Damien Kirby

United States of America, Appellee,

v.

Terence Damien Kirby, Appellant.

Nos. 97–10386, 97–10387 and 97–10390.

United States Court of Appeals,
Ninth Circuit.

Filed Oct. 31, 2000

Before: GOODWIN, B. FLETCHER
and D.W. NELSON, Circuit Judges.